189 P.3d 1148

# SUPREME COURT OF HAWAI'I

**May 30, 2008**

26974      Smith v. Maui County Bd. of Variance and Appeals      Affirmed